**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1532**

SHON ASHBY,

Plaintiff - Appellant,

v.

U.S. DEPARTMENT OF STATE; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, (USCIS); REX TILLERSON, Secretary of State,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, Chief District Judge.  (3:16-cv-00585-FDW-DCK)

Submitted:  August 28, 2017                                Decided:  September 20, 2017

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Shon Ashby, Appellant Pro Se.  Stacey Ilene Young, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shon Ashby appeals the district court's order dismissing his amended complaint under Fed. R. Civ. P. 12(b)(1), (6), for lack of subject matter jurisdiction and failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court, *Ashby v. U.S. Dep't of State*, No. 3:16-cv-00585-FDW-DCK (W.D.N.C. Apr. 12, 2017). To the extent that Ashby seeks to raise a new issue on appeal, we perceive no exceptional circumstances that would allow us to reach such an issue. *See Pornomo v. United States*, 814 F.3d 681, 686 (4th Cir. 2016). We deny Ashby's motion to remove Appellees' attorneys and nullify the judgment, motion for return of visa application fees, motion to add additional defendants, and motion for fraud. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*